IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,        )
                                 )
           Plaintiff,            )
                                 )
   v.                            )    No. 06 C 6977
                                 )    (Prior Case Nos.
                                 )      94 C 2208 & 91 CR 53)
RUDY MARTINEZ,                   )
                                 )
           Defendant.            )

MEMORANDUM ORDER

Rudy Martinez ("Martinez"), on whom this Court imposed a life sentence under the then-mandatory Sentencing Guidelines system in April 1992 following a jury trial, has filed a Motion To Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. §2255.[1]  Martinez there acknowledges that back in 1994 his then counsel filed a Section 2255 motion in Case No. 94 C 2208 and that this Court denied the motion at that time, but he nonetheless urges that his current effort is not a "second or successive" motion within the meaning of Section 2244(b).

That contention is unpersuasive.  Accordingly this Court complies with Martinez' alternative request that it transfer the currently tendered motion to our Court of Appeals so that Court may determine whether this Court should be authorized to consider the motion (see Section 2244 and the last paragraph of Section 2255.  Because of the need for such a determination before

---

[1] All further references to Title 28's provisions will simply take the form "Section--."

Martinez can proceed, this Court denies without prejudice his contemporaneously-filed motion asking that the Bureau of Prisons be ordered to release certain recorded telephone conversations.[2]

_____
Milton I. Shadur
Senior United States District Judge

Date:   December 20, 2006

---

[2]  Because of the possibility that the latter motion may bear upon the Court of Appeals' determination, that motion is being transmitted to the Court of Appeals as an informational matter.